THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE BOYKIN, Appellant. [950 NYS2d 574]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 18, 2005 (*People v Boykin*, 14 AD3d 576 [2005]), affirming a judgment of the County Court, Orange County, rendered September 7, 2003.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Belen, Lott and Miller, JJ., concur.